JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:22-cv-00334-DOC-KES                                   Date: October 28, 2022

Title: CHANIELLE ENOMOTO V. SIEMENS INDUSTRY, INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER VACATING ORDERS AND DISMISSING CASE [40] [41]**

The Court VACATES its orders dated October 17, 2022 and October 26, 2022. (Dkts. 40, 41).

The Court heard oral argument on October 3, 2022. At the Court's request, the parties submitted supplemental briefing on October 11, 2022. (Dkts. 35, 37). On October 17, 2022, the Court again held oral argument on Defendant's Motion to Dismiss (Dkt. 21).

Defendant first argues that Plaintiff's first claim fails to satisfy the Landers pleading standard for a plausible Fair Labor Standard Act ("FLSA") claim. The Court agrees. Plaintiff fails to allege facts to plausibly show that Enomoto was similarly situated to a class of employees who were not paid overtime under the FLSA. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's first claim under the FLSA.

Additionally, the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims. The Court also finds that Defendants have not shown the combined claims of all class members exceed $5 million. Accordingly, the

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:22-cv-00334-DOC-KES                                          Date: October 28, 2022

Page 2

Court does not have diversity jurisdiction under the Class Action Fairness Act ("CAFA") 28 U.S.C. Section 1332(d). Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's CAFA claims. Because Plaintiffs filed the instant case in federal court after a stipulation with Defendants, Plaintiffs are directed to re-file these claims in state court.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                         Initials of Deputy Clerk: kdu

CIVIL-GEN