# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:22-CV-00334-DOC-KES            Date: January 10, 2024

Title: CHANIELLE ENOMOTO V. SIEMENS INDUSTRY, INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DIRECTING PARTIES TO SHOW CAUSE WHY CASE SHOULD NOT BE CONSOLIDATED**

Three related cases, 8:22-cv-00334-DOC-KES (*Chanielle Enomoto v. Siemens Industry, Inc.*), 2:23-cv-06031-DOC-KES (*Brandon Johnson v. Siemens Industry, Inc.*), and 8:23-cv-01827-DOC-KES (*Chanielle Enomoto v. Siemens Industry, Inc.*), are before this Court after the Ninth Circuit's remand in 8:22-cv-00334-DOC-KES on December 27, 2023. The Court **ORDERS** the parties to show cause by January 15, 2024 at 5:00 pm why these three related cases should not be consolidated.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                Initials of Deputy Clerk: kdu

CIVIL-GEN